UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| ALTHILIA MOORE,<br>  Plaintiff, | CASE NO. 3:18-cv-00835-AWT |
| vs. | |
| TRANS UNION, LLC; WESTLAKE<br>FINANCIAL SERVICES, LLC; and<br>AMERICAN HONDA FINANCE<br>CORPORATION;<br>  Defendants. | [Date] |

**MOTION FOR ADMISSION PRO HAC VICE OF
CAMILLE R. NICODEMUS**

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, Timothy J. Lee, undersigned counsel for Trans Union, LLC, a member in good standing of the bar of this Court, hereby requests that the following attorney be allowed to appear in this cause *pro hac vice*, representing Trans Union, LLC:

  Camille R. Nicodemus, Esq.
  Schuckit & Associates, P.C.
  4545 Northwestern Drive
  Zionsville, IN  46077
  Telephone:  (317) 363-2400
  Fax:  (317) 363-2257
  E-Mail:  cnicodemus@schuckitlaw.com

  1.  Camille R. Nicodemus is admitted to practice, and is in good standing, before the State Bar of Indiana (01/23/2004); State Bar of New York (04/30/1997); U.S. District Court for the Southern District of Indiana (08/06/2003); U.S. District Court for the Northern District of Indiana (04/02/2013); U.S. District Court for the Western District of Michigan (09/01/2006); U.S. District Court for the Eastern District of New York (07/11/1997); U.S. District Court for the

Southern District of New York (06/17/1997); U.S. District Court for the Western District of New York (10/17/2014); U.S. District Court for the Western District of Wisconsin (08/18/2006); U.S. Court of Appeals for the Second Circuit (05/24/2013); and U.S. Court of Appeals for the Seventh Circuit (02/19/2015). Ms. Nicodemus' Indiana bar identification number is 24528-49. Ms. Nicodemus' New York bar identification number is 2807451. Ms. Nicodemus' bar identification number for the Southern District of New York is CN2436   No other bar numbers have been assigned to Ms. Nicodemus.

    2.    Camille R. Nicodemus has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

    3.    Camille R. Nicodemus has not been denied admission to, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice, or been disciplined by this Court or any other court.

    4.    An affidavit of Camille R. Nicodemus is attached hereto as required by Local Rule 83.1(d)(1).

Payment of the *pro hac vice* fee of $75.00 for Ms. Nicodemus is being submitted with the filing of this motion.

Respectfully submitted,

/s/
Timothy J. Lee, Esq.  (CT 15118)
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the _____ day of **May, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Yaakov Saks, Esq. ysaks@rclawgroup.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the __25__ **day of May, 2018,** properly addressed as follows:

| None. | |
|---|---|

/s/
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Counsel for Defendant Trans Union, LLC*